UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

FILED 01 MAY '26 09:57 USDC-ORE

Monica M. Miller,
Plaintiff,

v.

Saving Grace / Imagine Life Without Violence, a/k/a SAVING GRACE
Defendants.

Case No.: 6:25-cv-01856-MC

_____

NOTICE OF INTENT TO PROCEED ON SURVIVING CLAIMS

Plaintiff, proceeding pro se, respectfully submits this Notice in response to the Court's Order dated April 24, 2026.

Plaintiff elects to proceed on the claims permitted to survive dismissal, specifically:

- Retaliation and/or discrimination under Title VII of the Civil Rights Act of 1964; and

- Whistleblower retaliation under the National Defense Authorization Act (NDAA).

Plaintiff acknowledges the Court's dismissal of other claims, including those previously asserted under the Americans with Disabilities Act, and does not reassert those claims at this time.

Plaintiff intends to proceed in accordance with the Court's Order and applicable law.

Respectfully submitted,

Monica M. Miller
2500 NW Regency St., Unit 40., Bend, OR, 97703, 458-836-9475
Pro Se Plaintiff

Date: April 24, 2026

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

FILED 01 MAY '26 09:56 USDC-ORE

Monica M. Miller,

Plaintiff,

v.

Saving Grace / Imagine Life Without Violence, a/k/a SAVING GRACE
Defendants.

Case No.: 6:25-cv-01856-MC

_____

NOTICE OF INTENT TO PROCEED ON SURVIVING CLAIMS

Plaintiff, proceeding pro se, respectfully submits this Notice in response to the Court's Order dated November 2025.

Plaintiff elects to proceed on the claims permitted to survive dismissal, specifically:

- Retaliation and/or discrimination under Title VII of the Civil Rights Act of 1964; and

- Whistleblower retaliation under the National Defense Authorization Act (NDAA).

Plaintiff acknowledges the Court's dismissal of other claims, including those previously asserted under the Americans with Disabilities Act, and does not reassert those claims at this time.

Plaintiff intends to proceed in accordance with the Court's Order and applicable law.

Respectfully submitted,

*[signature]*

Monica M. Miller

2500 NW Regency St., Unit 40., Bend, OR, 97703, 458-836-9475

Pro Se Plaintiff

Date: April 24, 2026